UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

December 4, 2019

To:
PAUL H. YOUNG
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

                In re: Theresa M. Fanelli
                Bankruptcy No. 19-17540-mdc
                Adversary No.
                Chapter 13

Re **Fee Amount Due $310**

The above document(s) were filed in this office on December 3, 2019. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

      (x)    Voluntary Petition
      ( )    Adversary Proceeding
      ( )    $31.00 Filing Fee for Amendments
      ( )    $25.00 Claims Transfer Fee
      ( )    Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                Timothy B. McGrath
                Clerk


                By: **Jeanette Gilmore**
                    Deputy Clerk

*Fee Notice*
*(11/26/18)*