**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Theresa M. Fanelli | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-17540-mdc |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated December 4, 2019 and December 18, 2019, this case is hereby DISMISSED.

_____  1/15/2020
Chief Judge Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:

    Atty Disclosure Statement
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs due 1/10/202
    Summary of Assets and Liabilities Form B106
    Chapter 13 Statement of Your Current Monthly Income
    Means Test Calculation Form 122C-2

bfmisdoc